# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PATRICK REIGHARD,            :   No. 4 MAP 2025

           Appellant        :

           v.             :

PA. BD. OF PAROLE,        :

           Appellee        :

## ORDER

**PER CURIAM**

    **AND NOW,** this 25th day of June, 2025, as Appellant failed to file a timely brief, this appeal is **QUASHED**. *See* Pa.R.A.P. 3305.